United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COUNCIL 16 NORTHERN
CALIFORNIA HEALTH AND WELFARE
TRUST FUND, et al.,

               Plaintiffs,

      v.

SIDNEY KEYS,

               Defendant.

Case No.  24-cv-07188-LJC

**ORDER GRANTING REQUEST TO
CONTINUE CASE MANAGEMENT
CONFERENCE**

Re: Dkt. No. 9

Sufficient cause having been shown, Plaintiffs' request to continue the case management conference previously set for January 16, 2025 is GRANTED.  The initial case management conference will occur on March 6, 2025 at 1:30 PM via Zoom webinar videoconference.  Access instructions are available at https://cand.uscourts.gov/ljc/.  The parties shall file a joint case management statement no later than February 27, 2025.

The Court notes that the ninety-day deadline to complete service under Rule 4(m) of the Federal Rules of Civil Procedure is approaching.  If Plaintiffs are not able to serve Defendant before that deadline, Plaintiffs are instructed to file a motion to enlarge time pursuant to Civil Local Rule 6-3.

**IT IS SO ORDERED.**

Dated: December 30, 2024

LISA J. CISNEROS
United States Magistrate Judge