Matthew P. Minser, Esq. (SBN 296344)
Tanisha Arata, Esq. (SBN 280588)
SALTZMAN & JOHNSON LAW CORPORATION
5100-B1 Clayton Road, Suite 373
Concord, CA 94521
Telephone: (510) 906-4710
mminser@sjlawcorp.com
tarata@sjlawcorp.com

Attorneys for Plaintiffs, District Council 16
Northern California Health and Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SIDNEY KEYS, an individual and doing business as KEYS PAINTING & DECORATING,<br><br>Defendant. | Case No. 3:24-cv-07188-LJC<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Date:      March 6, 2025<br>Time:      1:30 p.m.<br>Location:  via Zoom<br>Judge:     Honorable Lisa J. Cisneros |

Plaintiffs District Council 16 Northern California Health and Welfare Trust Fund, et al. ("Plaintiffs"), respectfully request that the Case Management Conference, currently on calendar for March 6, 2025, be continued for approximately sixty (60) days. Good cause exists for the granting of the continuance as follows:

1.  As the Court's records will reflect, the Complaint was filed by Plaintiffs against Defendant on October 15, 2024. Dkt. No.1.

2.  Plaintiffs are concurrently filing a Request for Entry of Default along with this Request to Continue Case Management Conference.  Plaintiffs requested that the Case Management Conference be continued one other time, which the Court permitted. *See* Dkt. Nos. 9, 10. Plaintiffs anticipate filing a Motion for Default Judgment as to Defendant after the Clerk of the Court enters default.

3.  Accordingly, Plaintiffs respectfully request that the Case Management Conference,

currently scheduled for March 6, 2025, be continued for sixty (60) days to allow Plaintiffs to file their Motion for Default Judgment.

4. Therefore, there are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference.

Respectfully Submitted,

DATED: February 13, 2025                                    SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
Tanisha Arata
Attorneys for Plaintiffs, District Council 16 Northern California Health and Welfare Trust Fund, et al.

**IT IS SO ORDERED**.

The currently set Case Management Conference is hereby continued to May 8, 2025 at 1:30 p.m. via Zoom and all previously set deadlines and dates related to this case are continued accordingly.

DATED: February 14, 2025

_____
UNITED STATES MAGISTRATE JUDGE
LISA J. CISNEROS