United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>SIDNEY KEYS, <br><br>　　　　　Defendant. | Case No.  3:24-cv-07188-JSC <br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT DEFAULT JUDGMENT** <br><br>Re: Dkt. No. 32 |

　　　　Plaintiffs, a group of union fringe benefit trust funds and their trustees, sue under the Employee Retirement Income Security Act of 1974 (ERISA) to recover unpaid benefit contributions they contend are owed by Defendant Sidney Keys.  The Court has reviewed Magistrate Judge Lisa J. Cisneros's Report and Recommendation to grant in part and deny in part Plaintiffs' motion for default judgment and enter judgment against Defendant in the amount of $9,122.68. Magistrate Judge Cisneros concluded the Court had subject matter and personal jurisdiction over Defendant, service of process was adequate, and the *Eitel* factors justified entry of default judgment. (Dkt. No. 32.) Magistrate Judge Cisneros recommended granting Plaintiffs' request for injunctive relief and the request for attorneys' fees and costs except for Plaintiffs request for .6 hours of "non billable" time.  (Dkt. No. 32 at 12 (citing Dkt. No. 21-6 at 50-51).) Judge Cisneros recommending reducing the attorneys' fees awarded by $208 so as to not award fees for this non billable time.  (Dkt. No. 32 at 12.)  In total, Judge Cisneros recommended the court award Plaintiffs $1,173.98 in costs and $7,948.70 in attorneys' fees.

　　　　Plaintiff served the Report and Recommendation on Defendant as ordered by the Court. (Dkt. No. 33.)  No party filed an objection and the time to object has expired. *See* Fed. R. Civ. P.

1   72(b)(2).

2       After *de novo* review, the Court finds the Report and Recommendation as correct, well-
3   reasoned, and thorough, and ADOPTS it in every respect except as to the amount of attorneys'
4   fees awarded.  The attorneys' fee award is reduced by $8 as the non billable time actually totaled
5   $216 and not $208. (Dkt. No. 21-6 at 50-51.)  The Court thus grants the motion for default
6   judgment in part awarding Plaintiffs $1,173.98 in costs and $7,940.70 in fees.  The Court grants
7   Plaintiffs' request for injunctive relief and orders Defendant to provide Plaintiffs with copies of
8   the following documents so that an audit may be conducted:

> 1) 1040 Schedule Cs (Profit or Loss From Business) for 2021 through Keys's most recent filing as of the time of production.
>
> 2) Cash Disbursement Journals including date, payee, check number and amount for July 1, 2021 through the most recent documents available at the time of production. This category of documents may be satisfied by bank statements (personal debit/credit or business accounts), ledgers, and/or check copies.
>
> 3) California Wage and Withholding Reports (Forms DE – 9C) including employee's name, social security number, and gross taxable wages for 2021 Quarter 3 through the most recent quarter as of the time of production.

16  (Dkt. No. 21-7 at 1–2.)  The Court will retain jurisdiction pending completion of the audit so that
17  Plaintiff can seek to amend the judgment to obtain additional relief as necessary.
18      This Order disposes of Docket Nos. 21, 32.
19  **IT IS SO ORDERED.**
20  Dated: December 11, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge